No. 03–8246. EVANS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–8266. CHAVEZ v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8267. CRAWLEY v. BRAXTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–8268. ELLIOT, AKA MUHAMMAD v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–8269. DELAPAZ v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–8270. CASDIA v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 03–8274. CHANDLER v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 03–8275. DODDS v. CALBONE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–8280. COTTON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 03–8282. DILWORTH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–8285. CRIOLLO v. WILSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–8288. DAWSON v. ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–8289. COUTURIER v. NEW HAMPSHIRE ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–8291. CARTER v. VANDERCOOK, SHERIFF, SUMNER COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.